## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| **WANDA SMITH**, on behalf of herself and all other persons similarly situated, known and unknown<br><br>Plaintiff,<br><br>vs.<br><br>**MIDWEST SUPPLY AND MAINTENANCE COMPANY INC.**, a Michigan for-profit corporation and **CHARLOTTE CALLAGHAN**, a natural person,<br><br>Defendants | Case No: 18-cv-12483-SFC-RSW<br>Judge Sean F. Cox<br>Mag. Judge Steven Whalen |

/

| | |
|---|---|
| Bryan Yaldou (P70600)<br>Omar Badr (P70966)<br>Law Offices of Bryan Yaldou, PLLC<br>23000 Telegraph, Suite 5<br>Brownstown, MI 48134<br>Phone: (734) 692-9200<br>Fax: (734) 692-9201<br>Bryan@yaldoulaw.com<br>*Attorneys for Plaintiff* | Christopher M. Trebilcock (P62101)<br>Daniel A. Krawiec (P78783)<br>Clark Hill PLC<br>500 Woodward Avenue, Suite 3500<br>Detroit, MI  48226<br>(313) 965-8300<br>(313) 965-8252<br>ctrebilcock@clarkhill.com<br>dkrawiec@ClarkHill.com<br>*Attorneys for Defendants* |

/

### STIPULATED ORDER DISMISSING CASE WITH PREJUDICE

This matter comes before the Court pursuant to Parties' notice they stipulate pursuant to Federal Rule of Civil Procedure 41 to dismissal of this matter with prejudice.

221716843.1

**IT IS THEREFORE ORDERED** as follows:

(a) The Court dismisses this lawsuit and all claims raised herein with prejudice, with each side to bear their owe fees and costs unless otherwise agreed by the Parties.

(b) The Clerk of Court is directed to close this matter.

Dated:  June 7, 2019

s/Sean F. Cox
Sean F. Cox
U. S. District Judge

**Stipulated as to form and substance:**

By:  s/Bryan Yaldou (w/consent)
   Bryan Yaldou, (P70600)
   Law Offices of Bryan Yaldou, PLLC
   2300 Telegraph, Suite 5
   Brownstown, MI 48134
   Phone: (734) 692-9200
   Facsimile: (734) 692-9201
   Email: bryan@yaldoulaw.com
   *Attorney for Plaintiff*

By:  s/Daniel A. Krawiec
   Christopher M. Trebilcock (P62101)
   Daniel A. Krawiec (P78783)
   Clark Hill PLC
   500 Woodward Avenue, Ste 3500
   Detroit, MI  48226
   Tel: (313) 965-8575
   Fax: (313) 309-6979
   ctrebilcock@clarkhill.com
   dkrawiec@clarkhill.com
   *Attorneys for Defendants*

2

221716843.1